**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

---

ARAB STUDENT UNION OF
JACKSON–REED HIGH SCHOOL

        Plaintiff,

    v.

DISTRICT OF COLUMBIA, et al.,

        Defendants.

No. 1:24-cv-_____

---

**DECLARATION OF ASU MEMBER IN SUPPORT OF**
**PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION**

I, [Name omitted], declare as follows:

1. I am 17 years old and a resident of the District of Columbia. I make this declaration based on my personal knowledge of the matters described.

2. I am a Senior at Jackson-Reed High School (Jackson-Reed) and I am a co-leader of the Arab Student Union (ASU), which is one of over 60 student organizations at Jackson-Reed. I joined the club when the ASU was formed during the 2021-2022 school year. I was a member for two years before I became a co-leader for the 2023-2024 school year.

3. There are currently about 19 student-members in the club. The ASU is an open membership club with both Arab and non-Arab members. Jackson-Reed students are welcome to attend ASU meetings and events whether or not they are members of the club. The ASU meets weekly on Mondays during lunch hour (which is called "STEP", standing for Student-Teacher Enrichment Period) in the classroom of our faculty sponsor, Phillip Bechara. Usually, we spend these meetings planning upcoming events and activities. Other times, we use the meeting time to talk and just hang out with one another in a communal space.

4. During my time as co-leader of the ASU this school year, I have helped plan and run several events, including a joint meeting with Jackson-Reed's Jewish Student Union in January 2024, where members of the two student groups played games and ate food together. I also helped plan and run a tabling event in April 2024, which is Arab Heritage Month, where students and staff could stop at an ASU table in the school atrium to get their names written in Arabic.

5. While those ASU events and some others have gone smoothly, the ASU has faced resistance and censorship by the school administration with respect to three events or activities that the ASU has tried to organize this academic year: a documentary film screening, a Palestinian cultural night, and a tabling event involving distribution of leaflets and stickers.

6. During the fall of 2023, members of the Arab Student Union became concerned that people did not understand the facts about the Israeli-Palestinian situation and the war in Gaza. In an effort to get people talking about Palestine and bring attention to Gaza, in early December 2023 the ASU decided to show a 49-minute version of the documentary film, *The Occupation of the American Mind*, split between two club meetings during lunch hour. The film can be viewed at https://www.youtube.com/watch?v=-jKRwdsq-As&rco=1. A basic message of the film is that the Israeli government has engaged in a successful but misleading public relations campaign in the U.S. Another important part of the movie is how people are attacked for speaking up about Palestine by labeling them as antisemitic or calling them terrorists, which is something we have to deal with. By splitting the screening into two parts, there would be time after viewing each half for the ASU to facilitate an open discussion among the students who attended.

7. Other Jackson-Reed student clubs, including the French Club and the Marvel Monday Club, have screened films in school this school year as part of their meetings.

8. To promote this event, ASU members and I designed and put up posters on some of the school hallway walls. The top line of the poster said, "Let's get educated!" Under the title of the film, the poster said, "Join us in learning & discussing!" A photo of this poster is attached to this declaration as Exhibit A. Other organizations, as well as the ASU in the past, have routinely advertised club events to the school community using similar posters. The film screening event was scheduled for the lunch periods on December 14 and December 15, 2023. About a week in advance, I and another ASU member hung the posters at the school. The next day almost all of them were gone.

9. On December 12, 2023, the ASU had a meeting with the Jackson-Reed Principal, Mr. Sah Brown, and others to discuss the removal of the posters. During that meeting, Mr. Brown told us that he was concerned that the views portrayed in the documentary may be polarizing and may cause a further divide among the student body. Mr. Brown also said that the narrator, Roger Waters, was an issue. He did not say anything about the possibility of disruption at school if the movie were shown. He also told us that the documentary was not included in a DCPS-provided list of suggested resources about the Israeli-Palestine conflict. Mr. Brown explained that if we wanted to use other resources, we had to provide them to him in advance so he could vet and approve them. At the end of that meeting, Mr. Brown said that his mind was "set" about not allowing the ASU to screen *The Occupation of the American Mind*.

10. On January 3, 2024, after returning to school after winter break, I emailed Mr. Brown with a list of four additional films ASU could screen. My email said, "We want to start our monthly screening with these movies so please get back to us." Mr. Brown did not respond for more than a month. On February 6, he emailed me saying "These movies are currently under review, and I'll provide you with an update by the end of the week." On February 12, he emailed

that the films were still under review. On February 22, he told us that he had spoken with a

DCPS's "content specialist" and was hoping to get a response the next day. To this day, we have

not heard back from Mr. Brown about whether we are allowed to screen any of the films we

proposed.

11. The decisions about what ASU can and can't do at Jackson-Reed are made at

Jackson-Reed. This was made clear at a meeting held on March 12, 2024, between several

members of the ASU and Mr. Raymond Hamilton, Director, Office of Teaching and Learning at

DCPS, and Ms. Tomeka McKenzie, Resident Principal at Jackson-Reed. During that meeting,

Mr. Hamilton, speaking for the central office, explained, "we're not making decisions on what is

shown. That's up to admin. But as you all are aware, this is a very charged situation at Jackson-

Reed and we just want to make sure that everything is, is considered before we, anything is

done." At that point I asked him, "So you mean admin at our school or admin, like central

office?" He replied, "Admin at the school."

12. ASU wants to show *The Occupation of the American Mind* while students are still at

school this semester. The last day of school for Seniors is Friday, June 7, and we want interested

Seniors to be part of our audience, so they can bring a better understanding of this subject with

them to college next fall. Members of the club who are Seniors, including me, also want to

participate in the screening and the discussion.

13. The second event we tried to host was a Palestinian Culture Night in January 2024.

Other student clubs have held similar events. For example, in May 2023, the Ethiopian Eritrean

Organization hosted a cultural event. The event was so successful that they are going to have

another one this year in May 2024. The ASU based its vision for a Palestinian Culture Night on

that event.

14. We were told we could not do this. They didn't give us a reason. Later, when we tried to plan it again, they said it was DCPS policy that programming like this needed to be approved a month in advance.

15. Since we couldn't hold our cultural event at the school, we held it at Busboys and Poets, a restaurant located in Takoma Park, D.C., on January 18. The restaurant was filled to capacity, and the evening was overall a success. However, because it was off campus, it was only attended by a handful of Jackson-Reed students who were not members of the ASU. Because Jackson-Reed students were the primary audience we wanted to reach, we still want to have a Palestinian Culture Night at Jackson-Reed.

16. The months-long process of trying to organize this event has been painstaking and discouraging. Unlike with the Ethiopian Eritrean Organization's event, we have had to submit for review every aspect of our proposed Palestinian Culture Night, and the school administration has scrutinized every detail. We had to submit a PowerPoint describing the proposed run-of-show for the evening. We were told that the purpose of the PowerPoint was to provide a high-level overview of the planned event, which was all the school needed to see. However, after it was reviewed, we were told that it did not include enough about the specifics of what we were planning, and we had to provide more details. In all of our conversations about this event, no one from the school ever mentioned disruption as a concern.

17. The Palestinian Culture Night is now scheduled for April 25, 2024, but it has been so heavily censored and restricted that the plan for the event does not represent the vision we hoped for the night.

18. Because we are holding a cultural night at school in a few days, there isn't time to organize a second one this semester. But we want to organize another one during the 2024-25

academic year, with the content of our choice and not subject to censorship of every detail by the school.

19. The third activity we have tried to engage in and have been met with resistance from the school is tabling. Student clubs at Jackson-Reed regularly engage in tabling in the school's atrium during lunch hour. The school provides tables and chairs for students to promote their respective clubs and spread awareness about the subject matter of the clubs. Students also distribute small items to each other in school on an even more informal basis. For example, some students have recently distributed blue ribbons that other students can wear to express support for Israel. They don't need school permission to do that, and no one has stopped them.

20. ASU wanted to have a tabling where we would distribute Pro-Palestine stickers, offer face-paint "tattoos," and distribute a one-page "zine" that illustrated and described various Palestinian symbols. In the past, the ASU has not had to seek and obtain prior approval of materials to be used at tabling events. To my knowledge, no other clubs have had to submit tabling materials for preapproval. For this tabling event, however, the ASU was required to submit the zine for prior review. On March 5, 2024, Ms. Tomeka McKenzie, Resident Principal, informed me via email that she had reviewed the zine and the ASU was required to remove the imagery of and any information about the "Key of Palestine" and the cartoon character Handala. A copy of the zine we wanted to distribute is attached to this declaration as Exhibit B. A copy of the censored zine we were allowed to distribute is attached to this declaration as Exhibit C. One of our members also brought some stickers to distribute, with designs showing the Palestine flag, an outline of the country, and one that said "Free Palestine." Ms. McKenzie refused to let us distribute these stickers, except the one with the Palestine flag. She didn't give any reason.

21. ASU and its members want to do another tabling this semester, without censorship of our handouts.

22.  Other school clubs engage in activities that some people may disagree with or find offensive, and the school does not stop their activities the way it stops ASU's. For example, I am active in a school club called The Birds & The Bees Sexual Health Club, which also meets during lunch hour. That club has distributed condoms on school grounds, along with a flier providing information about their use, about safe and unsafe sexual practices, and about sexually transmitted infection. The school has not interfered with that activity, which we conducted multiple times this year. The school did request that we distribute the condoms after class rather than during lunch hour, and we were happy to do that. Another school club, the Gender and Sexuality Alliance, has organized many events, including a Trans Day of Visibility, a Lesbian Visibility Week, a Queer Visibility Fair, a sale of Pride merchandise in the Atrium during Pride month, and a screening of an original video on the history of the Queer rights movement and the Queer Student experience at Jackson-Reed.

23. None of our activities has caused any disruption at school. Also, none of the publicity surrounding them has caused or even threatened to cause any disruption at the school. Instead, the publicity has spurred meaningful discussions and raised awareness. ASU members have shared their opinions and feelings about the events in Gaza with fellow students, and those conversations have been mutually respectful. Students at Jackson-Reed understand that education does not occur only in class, and they value the exchange of views with others who do not necessarily share their own views. Students at Jackson-Reed have, for many years, been presented with information about, and engaged in conversations about, highly controversial subjects such as presidential politics, abortion, racial justice, immigration, and others. None of

this has led to disruption. Of course, there are some students who disagree with the ASU's

position and its message, but students at Jackson-Reed understand that disagreement is part of

life. Jackson-Reed students disagree about many things, and we have no problem discussing and

debating them. Having discussions with people who have differing opinions promotes critical

thinking, which is something we're supposed to learn in school.

      24. In our meetings and emails with school officials regarding the ASU's proposed

events, school officials have never said that they fear our activities would disrupt classes or

create disorder in the school. None of our proposed events would occur in class or during class

hours. Instead, these events would be over the lunch hour or after school. No student would be

required to attend any of our events, or to accept a zine or a "tattoo" or a sticker.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in Washington, D.C. on April 24, 2024.

                /s/ [Name omitted]
                [Name omitted]