# LOCAL PALESTINIAN-OWNED BUSINESSES IN THE DMV!

## RESTAURANTS

- Bawadi Mediterranean Grill (Falls Church)
- Mama Ayesha's (Adams Morgan)
- Haifa Grill (Arlington)
- Olive Lounge & Grill (Takoma Park)
- Urban Roast (Gallery Place)
- Jerusalem Mediterranean Restaurant (Falls Church)

## CAFES/OTHER

- Z&Z Bakery (Rockville)
- Detour Coffee (Arlington)
- Jenin Pastry (Falls Church)
- Museum of the Palestinian People (Dupont Circle)
- Pita on the Plaza (Bethesda)
- Yellow cafe (Georgetown)

## Handala
*"The 10 year old who never grew up"*

Handala is a cartoon character created in 1969 by Palestinian political cartoonist Naji Al-Ali. Handala symbolizes Palestinian resistance and struggle, the name coming from the handal plant that grows in the Middle East known to be resilient and grows back when it is weeded out. Handala has his back turned to represent a rejection of solutions from foreign countries that have been imposed on Palestine.

Naji Al-Ali explains why Handala was created, "Handala was born ten years old, and he will always be ten years old. At that age, I left my homeland, and when he returns, Handala will still be ten, and then he will start growing up. The laws of nature do not apply to him. He is unique. Things will become normal again when the homeland returns."

## The Key of Palestine



The Palestinian key is a symbol of the right of return to the lands that were originally Palestinians in 1948, 1967, and beyond. The key also symbolizes the homes lost in the Nakba when more than half of the population of Mandatory Palestine were either expelled or fled violence in 1948.

Many Palestinian families still have the keys to the houses they were driven from when the state of Israel was created. The keys have been passed on from generation to generation as a reminder of their lost homes. They all carry the hope that they will one day return.

## COME TO PALESTINIAN CULTURE NIGHT!

**APRIL 25TH 6-8PM**
**JACKSON-REED HS ATRIUM**

Explore Palestinian food, music, dance and more!

## Watermelon
*A symbol of resistance*

In the aftermath of the 6 day war in 1967, along with Israel's new control over Gaza and the West Bank, the Israeli Government banned the display of the Palestinian Flag in these territories.

Amidst this, Palestinians turned to the Watermelon which when cut open, reveal the same as their flag. A silent yet powerful form of protest against the ban. This allowed Palestinians to subtly express their national identity and resistance

## SYMBOLS OF PALESTINE
**& PALESTINIAN PLACES TO SUPPORT IN THE DMV**

## The Palestinian Keffiyeh



**Bold**
Represents the trade routes going through Palestine which played a vital role in carving the history and rich diverse culture of Palestinian identity.

**Fishnet**
Represents the relationship between the Palestinian fisherman and the Mediterranean sea especially since fishing was a huge aspect of life and trade. It also symbolizes abundance, grace, and freedom-particularly to Palestinians living in the west bank who have no access to the sea due to Israel's restrictions on their movement.

**Olive Leaves**
The olive tree is seen by many Palestinians as being a symbol of nationality and connection to the land, particularly due to their slow growth and longevity. Native olive trees and the annual harvesting season have thrived in Palestine for hundreds of years to represent Palestinians' relationship to the land as indigenous peoples. Approximately one million olive trees, many of which were centuries old, have been uprooted and burned by Israel since 1967 in the pursuit of making space for settlements.