**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

---

ARAB STUDENT UNION OF THE
JACKSON–REED HIGH SCHOOL

         Plaintiff,

    v.

DISTRICT OF COLUMBIA, et al.,

         Defendants.

No. 1:24-cv-_____

---

**DECLARATION OF FACULTY SPONSOR IN SUPPORT OF**
**PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION**

I, [Name omitted], declare as follows:

1. I am over 18 years of age and a resident of the District of Columbia. I am competent to make this declaration, which is based on my personal knowledge of the matters described.

2. I am a science teacher at Jackson-Reed High School (Jackson-Reed). I joined the faculty in 2019, so this is my fifth school year teaching at Jackson-Reed. I am also the faculty sponsor of the Arab Student Union (ASU), a student-led organization at Jackson-Reed. I have been the ASU faculty sponsor since the club was formed during the 2021-2022 school year.

3. The ASU is one of more than 60 clubs at Jackson-Reed. Some student organizations have school faculty who are in leadership roles, while other clubs are truly student-run. The ASU is one of the student-led organizations, and my role as the club's faculty sponsor is to support the ASU students by assisting with logistical matters and interfacing with the school administration.

4. Also, as the club's faculty sponsor, I allow ASU to host its meetings in my classroom every Monday during lunch hour (officially called the Student-Teacher Enrichment Period, or STEP). While the ASU holds its weekly meetings, I concurrently host an open study hall for the

students in my science classes to drop in to ask questions and discuss the assigned material. On any given day, there are usually 10-15 students who come to my study hall during the lunch hour. Because I am working with these students, I am not generally involved in the ASU's weekly meetings.

5. In previous school years, the ASU organized and hosted several events at Jackson-Reed, including a "Pennies for Palestine" fundraiser in January-February 2023 which raised some money for humanitarian aid, and a celebration in May 2022, near the end of Arab Heritage Month, where ASU students gave out Middle Eastern food. This year, the ASU has run several events, including a joint meeting with Jackson-Reed's Jewish Student Union in January 2024 where the two groups played games and ate food together and a tabling event in April 2024 where students and staff could stop by to get their names written in Arabic.

6. While there have been successful ASU events this year, the club has faced an unprecedented amount of pushback and restrictions in their attempts to run three events aimed at raising awareness of Palestinian culture and current events in Gaza.

7. First, the ASU planned to use my classroom to screen a 49-minute documentary film, *The Occupation of the American Mind*, over two club meetings during lunch hours on December 14 and 15, 2023. A week prior to the event, members of the ASU club put up posters on some of the walls in the school's hallways. Members of student clubs routinely promote their upcoming events with written materials without any prior review or approval by school faculty or administrators. In this instance, although it was not necessary, I did inform the School Activities Director about the event. I forwarded her a link to the trailer and orally informed her that the club was putting up posters.

8. At about 4:30 pm on December 6, 2023, I received a text message from my friend and colleague, Aaron Besser, who is the Sponsor of the Jewish Student Union. When he texted, he was at Jackson-Reed for an after-school event with parents of Jackson-Reed students. Aaron's text said that he had been approached by a parent who was holding one of the ASU's posters about the documentary film screening event the following week. The parent was unhappy and asked Aaron whether he knew about this event and Aaron replied that he did not.

9. The next day, on December 7, 2023, a school administrator told me that the posters were taken down because the documentary film screening event had not been approved. In an online announcement subsequently posted on the school website, Principal Sah Brown referred to the ASU's planned film screening as an "unsanctioned event" and an "unsanctioned activity."

10. I was surprised by that description because there is no rule requiring students to obtain permission to screen a film during a club meeting over lunch. There is an online form, "Internal Building Use Agreement," that club Sponsors fill out for larger events that require school resources (e.g., tables, chairs, microphones, projectors, staff volunteers) and use of a space other than the Sponsor's classroom (e.g., library, cafeteria, atrium). This form does not have to be used when clubs want to host informal club events in classrooms during lunch hour. Other student clubs at Jackson-Reed routinely show films and tv shows at school, including French films screened by the French Club and Marvel movies screened by the Marvel Monday Club. As is practice, students in these clubs do not seek prior approval of the specific films they want to show and they don't seek approval for the written materials, including posters, that they use to promote the film screenings.

11. On December 10, 2023, Mr. Brown informed me via email that he would not allow ASU to screen *The Occupation of the American Mind*. The text of his email was as follows:

3

> Good morning Mr. [Name omitted]
>
> Thank you for meeting with us on Friday.  I'm writing to inform you that I have decided not to permit the viewing of "The Occupation of the American Mind."  The content and individuals associated with the film may provoke strong emotional responses or polarizing views within our diverse school community.  As a result, you may not show that film.
>
> If you have other movies you'd like to show, please bring them to my attention and gain approval prior to announcing.  Enjoy the rest of your weekend.

Mr. Brown did not express any concern that showing the film could cause any disruption at the school.

12. Two days later, on December 12, 2023, I attended a meeting with ASU students, Mr. Brown, and other school administrators. The purpose of the meeting was to discuss the school's cancellation of the film screening event and to clarify the event approval process moving forward. Mr. Brown explained that he was concerned that the views portrayed in the documentary may be polarizing and may cause a further divide among the student body. He added that the movie's narrator (Roger Waters) was a problem, and that he would not feel comfortable associating the school with a person whose views are critical of people that are part of the school community. Again, he did not say anything about having any fear of disruption if the movie were shown. He stated that his mind was set about not allowing the ASU to screen the film. He also said that if ASU wanted to present materials that were not included on a DCPS-provided list of suggested resources about the Israeli-Palestine conflict, then the club had to submit them to him for vetting and approval.

13. The second event the students wanted to host was a Palestinian Culture Night. Since this was a larger event and after regular school hours, I had to fill out an "Internal Building Use Agreement." I submitted this form online on December 19, 2023, and it was promptly approved. The event was scheduled for January 18, 2024—thirty days later—and it was put on Jackson-

Reed's official calendar. However, the event was later removed from the calendar. I was told that the reason for the removal was because the ASU had not planned the event one month in advance. That was the only reason given; no fear of any disruption was expressed. This was my first time hearing of such a policy, which is not reflected in the staff handbook or any other written materials provided by the school. The ASU tried to reschedule the event for February or March with more than one month's notice, but they were not allowed to do so, so it was obvious that the one-month rule was not the real issue.

14. The students decided to host the event off-campus at a local restaurant. But because few students who were not members of the ASU attended that event, the ASU still wanted to host a Palestinian Culture Night at Jackson-Reed, and they attempted to plan such an event. However, leaders and members of the ASU have been subjected to an approval process unlike any I have experienced with ASU in the past or that sponsors of other clubs have ever had to go through. Although a Palestinian Culture Night is now scheduled for April 25, 2024 at Jackson-Reed, it has been so controlled by the administration that it no longer presents the message the ASU students had envisioned for the night.

15. The final activity by the ASU that has been overly regulated by the school's administration is a tabling event where ASU students gave out stickers, provided face-painting, and distributed a one-page "zine" that included symbols and information so other students could learn about Palestine. As with written materials for promoting events, written materials distributed during tabling do not have to be pre-approved. Nonetheless, the school required the ASU students to submit their zine for review, and then required them to remove certain symbols and the accompanying descriptions.

16. An ASU student-member brought to the tabling event several different types of stickers to hand out, including stickers showing the Palestine flag, an outline of the country, and one that said "Free Palestine." During the tabling, Ms. Tomeka McKenzie, Resident Principal, told the students that they were not allowed to distribute the stickers with the outline of Palestine or the ones that said "Free Palestine." Ms. McKenzie cited no policy or guidelines and gave no reason for this censorship.  (The title "Resident Principal" means principal-in-training. Many of Ms. McKenzie's responsibilities were in line with those of the assistant principals at Jackson-Reed, and Mr. Brown delegated to her the responsibility of being the administration's point of contact for the Arab Student Union. She is currently stationed at another school and most of her duties have been shifted to some of the other assistant principals, but I have been told that she remains the point of contact.)

17. Over the last three years that I have been ASU's faculty sponsor, the club has hosted several events and activities. Like the events of other clubs, ASU's events have not caused a disruption or disturbance. And there is no reasonable basis to believe that allowing the ASU to carry out the expressive activities they wish to conduct would result in any disruption. The students at Jackson-Reed live in the nation's capital and are accustomed to hearing, seeing, and learning about political and social controversies, including the events of the past six months in and around Gaza. Jackson-Reed is one of the most diverse high schools in the country, and its students know that their fellow students come from many different backgrounds and hold differing viewpoints on many issues. They are exposed to differing opinions every day, in newspapers, on television, and in social media, as well as in conversations with fellow students and others. None of this has led to disruption. There has been extensive publicity about the ASU's efforts to show the *Occupation* movie and to present a Palestinian cultural event. That

publicity has led to much discussion and some disagreement among students but has not led to any disruption or threatened disruption at the school.

18. The only events on which the ASU has received pushback from the administration are events involving Palestine. In my opinion, the ASU deserves to put on their planned events without the censorship and restrictions that they have faced, which no other group has faced as far as I know. The school administration should not apply policies that are not applied to other groups in order to silence ASU's attempts to raise awareness about an important topic and to foster productive and respectful dialogue about what is currently happening in Gaza.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in Washington, D.C. on April 24, 2024.

/s/ [Name omitted]
[Name omitted]