**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ARAB STUDENT UNION OF JACKSON–REED HIGH SCHOOL<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>DISTRICT OF COLUMBIA, et al.,<br><br>　　　　　　Defendants. | No. 1:24-cv-1195 |

**DECLARATION OF SERVICE OF PROCESS ON THE DISTRICT OF COLUMBIA**

　　I hereby certify that I am more than 18 years of age and not a party to this action.

　　I further certify that the Summons and Complaint in this action, together with the Notice of Right to Consent to Trial before a United States Magistrate Judge, the Motion for a Preliminary Injunction (with supporting declarations and exhibits) and the Motion for Leave to Allow Plaintiff's Declarants to be Identified Using Descriptive Terms, were served upon the Defendant District of Columbia on April 24, 2024, at 2:15 p.m., by emailing those documents to chad.copeland@dc.gov, stephanie.litos@dc.gov, and tonia.robinson@dc.gov, in accordance with the DC Office of the Attorney General Office Order 2020-10 (April 1, 2020), *available at* https://oag.dc.gov/sites/default/files/2020-04/2020-10-OAGOFFICE-ORDER-Temp-Service-Process.pdf. That Order provides that the District will accept service when the required documents are emailed to the three email addresses named above.  On April 26, 2024, Assistant Attorney General Matthew Blecher acknowledged by email that service had been received on April 24.

//

I declare under penalty of perjury that the foregoing is true and correct.

Executed in Montgomery County, Maryland, this 26th day of April, 2024.

/s/ *Arthur B. Spitzer*

Arthur B. Spitzer (D.C. Bar No. 235960)
American Civil Liberties Union of the District of Columbia
529 14th Street, NW, Suite 722
Washington, DC 20045
Tel. (202) 601-4266
aspitzer@acludc.org

2