UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ARAB STUDENT UNION OF JACKSON–REED HIGH SCHOOL<br><br>Plaintiff,<br><br>v.<br><br>DISTRICT OF COLUMBIA, et al.,<br><br>Defendants. | No. 1:24-cv-1195 |

NOTICE OF FILING DECLARATION OF SERVICE OF PROCESS
ON DEFENDANT SAH BROWN

Please take notice that Plaintiff is filing herewith proof of service on Defendant Sah Brown on April 24, 2024.

April 26, 2024

Respectfully submitted,

/s/ *Arthur B. Spitzer*

Arthur B. Spitzer (D.C. Bar No. 235960)
American Civil Liberties Union of the District of Columbia
529 14th Street, NW, Suite 722
Washington, DC 20045
Tel. (202) 601-4266
aspitzer@acludc.org

Attorney for Plaintiff