UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ARAB STUDENT UNION OF JACKSON–REED HIGH SCHOOL<br><br>                   Plaintiff,<br><br>   v.<br><br>DISTRICT OF COLUMBIA, et al.,<br><br>                   Defendants. | No. 1:24-cv-1195 |

### DECLARATION OF SERVICE OF PROCESS ON DEFENDANT SAH BROWN

I hereby certify that I am more than 18 years of age and not a party to this action.

I further certify that I served the Summons and Complaint in this action, together with the Notice of Right to Consent to Trial before a United States Magistrate Judge, the Motion for a Preliminary Injunction (with supporting declarations and exhibits) and the Motion for Leave to Allow Plaintiff's Declarants to be Identified Using Descriptive Terms, upon the Defendant Sah Brown, by handing those documents to the secretary or receptionist in his office on April 24, 2024, at 3:39 p.m. Mr. Brown was present and was aware that I was trying to serve him, but refused to take the documents. His secretary or receptionist declined to give me her name, but here is a photograph that I took of her receiving the documents:



I declare under penalty of perjury that the foregoing is true and correct.
Executed in Washington, D.C., this 24th day of April, 2024.

                                                        Rami Elamine