UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ARAB STUDENT UNION OF JACKSON-REED HIGH SCHOOL**<br><br>    Plaintiff,<br><br>    v.<br><br>**DISTRICT OF COLUMBIA,** *et al.*,<br><br>    Defendants. | **Civil Action No. 1:24-cv-01195-ACR** |

## JOINT STATUS REPORT

Plaintiff Arab Student Union of Jackson-Reed High School (ASU), and Defendants District of Columbia and Principal Sah Brown (collectively, the District, and together with Plaintiff, the Parties), submit the following Joint Status Report in response to the Court's May 8, 2024 Minute Order.  The Parties have conferred and request that the Court continue the current stay of litigation for 60 days—until July 23, 2024—to facilitate the Parties' ongoing settlement discussions.  The Parties further recommend that the Court require the Parties to file another joint status report on July 23, 2024, updating the Court on the status of settlement negotiations and advising whether the stay should be extended or otherwise proposing a schedule for further proceedings.

Dated:  May 24, 2024

/s/ *Arthur B. Spitzer*
Arthur B. Spitzer (D.C. Bar No. 235960)
Scott Michelman (D.C. Bar No. 1006945)

American Civil Liberties Union Foundation
of the District of Columbia
915 15th Street N.W., Second Floor
Washington, D.C. 20005

Respectfully submitted,

BRIAN L. SCHWALB
Attorney General for the District of Columbia

STEPHANIE E. LITOS
Deputy Attorney General
Civil Litigation Division

| | |
|---|---|
| Phone:  (202) 601-4267<br>Email:  smichelman@acludc.org<br><br>*Counsel for Plaintiff* | */s/ Matthew R. Blecher*<br>MATTHEW R. BLECHER [1012957]<br>Chief, Civil Litigation Division, Equity Section<br><br>*/s/ Honey Morton*<br>HONEY MORTON [1019878]<br>Assistant Chief, Equity Section<br><br>*/s/ Marcus D. Ireland*<br>MARCUS D. IRELAND [90005124]<br>THOMPSON J. HANGEN[*]<br>Assistant Attorneys General<br>400 6th Street, N.W.<br>Washington, D.C. 20001<br>Phone:  (202) 702-2910<br>Email:  marcus.ireland@dc.gov<br><br>*Counsel for Defendants* |

---

[*]     Thompson Hangen is a member in good standing of the Virginia State Bar, authorized by the Office of the Attorney General for the District of Columbia to provide legal services pursuant to Local Civil Rule 83.2(g).  Counsel certifies that he is personally familiar with the Local Rules of this Court as well as the other materials set forth in Local Civil Rules 83.8(b) and 83.9(a).