UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ARAB STUDENT UNION OF JACKSON-REED HIGH SCHOOL**<br><br>**Plaintiff,**<br><br>v.<br><br>**DISTRICT OF COLUMBIA,** *et al.*,<br><br>**Defendants.** | **Civil Action No. 1:24-cv-01195-ACR** |

## JOINT STATUS REPORT

Plaintiff Arab Student Union of Jackson-Reed High School (ASU), and Defendants District of Columbia and Principal Sah Brown (collectively, the District, and together with Plaintiff, the Parties), submit the following Joint Status Report in response to the Court's May 24, 2024 Minute Order. The Parties have communicated and request that the Court continue the current stay of litigation for 30 days—until August 22, 2024—to facilitate the Parties' ongoing settlement discussions. The Parties further recommend that the Court require the Parties to file another joint status report on or before August 22, 2024, updating the Court on the status of settlement negotiations and advising whether the stay should be extended or otherwise proposing a schedule for further proceedings.

| | |
|---|---|
| Dated:  July 19, 2024 | Respectfully submitted, |
| /s/ *Arthur B. Spitzer*<br>Arthur B. Spitzer (D.C. Bar No. 235960)<br>Scott Michelman (D.C. Bar No. 1006945)<br><br>American Civil Liberties Union Foundation<br>of the District of Columbia<br>915 15th Street N.W., Second Floor<br>Washington, D.C. 20005 | BRIAN L. SCHWALB<br>Attorney General for the District of Columbia<br><br>STEPHANIE E. LITOS<br>Deputy Attorney General<br>Civil Litigation Division |

| | |
|---|---|
| Phone:  (202) 601-4266 | */s/ Matthew R. Blecher* |
| Email:  aspitzer@acludc.org | MATTHEW R. BLECHER [1012957] |
| | Chief, Civil Litigation Division, Equity Section |
| *Counsel for Plaintiff* | |
| | */s/ Honey Morton* |
| | HONEY MORTON [1019878] |
| | Assistant Chief, Equity Section |
| | |
| | */s/ Marcus D. Ireland* |
| | MARCUS D. IRELAND [90005124] |
| | THOMPSON J. HANGEN [90024649] |
| | Assistant Attorneys General |
| | 400 6th Street, N.W. |
| | Washington, D.C. 20001 |
| | Phone:  (202) 702-2910 |
| | Email:  marcus.ireland@dc.gov |
| | |
| | *Counsel for Defendants* |