UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ARAB STUDENT UNION OF JACKSON-REED HIGH SCHOOL**<br><br>**Plaintiff,**<br><br>v.<br><br>**DISTRICT OF COLUMBIA**, *et al.*,<br><br>**Defendants.** | **Civil Action No. 1:24-cv-01195-ACR** |

## JOINT STATUS REPORT

Plaintiff Arab Student Union of Jackson-Reed High School (ASU), and Defendants District of Columbia and Principal Sah Brown (collectively, the District, and together with Plaintiff, the Parties), submit the following Joint Status Report in response to the Court's August 21, 2024 Minute Order. The Parties have communicated and request that the Court continue the current stay of litigation for 30 days—until November 20, 2024—to facilitate the Parties' ongoing settlement discussions. By the end of this period, the Parties anticipate either notifying the Court that they have reached an agreement or propose a schedule for further proceedings. The Parties therefore recommend that the Court require the Parties to file another joint status report on or before November 20, 2024, updating the Court on the status of settlement negotiations and advising whether the stay should be extended or, if not, proposing a schedule for further proceedings.

Dated: October 21, 2024

/s/ *Arthur B. Spitzer*
Arthur B. Spitzer (D.C. Bar No. 235960)
Scott Michelman (D.C. Bar No. 1006945)

Respectfully submitted,

BRIAN L. SCHWALB
Attorney General for the District of Columbia

STEPHANIE E. LITOS

| | |
|---|---|
| American Civil Liberties Union Foundation of the District of Columbia<br>915 15th Street N.W., Second Floor<br>Washington, D.C. 20005<br>Phone:  (202) 601-4266<br>Email:  aspitzer@acludc.org<br><br>*Counsel for Plaintiff* | Deputy Attorney General<br>Civil Litigation Division<br><br>*/s/ Matthew R. Blecher*<br>MATTHEW R. BLECHER [1012957]<br>Chief, Civil Litigation Division, Equity Section<br><br>*/s/ Honey Morton*<br>HONEY MORTON [1019878]<br>Assistant Chief, Equity Section<br><br>*/s/ Marcus D. Ireland*<br>MARCUS D. IRELAND [90005124]<br>THOMPSON J. HANGEN [90024649]<br>Assistant Attorneys General<br>400 6th Street, N.W.<br>Washington, D.C. 20001<br>Phone:  (202) 702-2910<br>Email:  marcus.ireland@dc.gov<br><br>*Counsel for Defendants* |